**LIBRARY GARAGE, a Corporation; Appellant, v. GENERAL PETROLEUM CORPORATION, OF CALIFORNIA, a Corporation, Appellee.**

No. 6979.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1933.

Reynolds, Flegel & Smith, Arthur S. Vosburg, and F. P. Keenan, all of Portland, Or., for appellant.

A. L. Weil, of San Francisco, Cal., and Bert S. Gooding and Wood, Montague, Matthiessen & Rankin, all of Portland, Or., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of record, briefs and oral arguments made by counsel, ordered decree of District Court affirmed.

---

**Mrs. Virginia H. LIGHTSEY, Executrix of the Estate of Henry W. Lightsey, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 3401.

Circuit Court of Appeals, Fourth Circuit.

Feb. 9, 1933.

Clarence A. Miller, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Decision of United States Board of Tax Appeals affirmed. Judgment filed.

---

**Samuel J. LOGAN and William A. Logan, as Executors under the Last Will and Testament of John N. Mockett, Deceased, v. U. G. DENMAN, Adm'r with Will Annexed of Charles H. Nauts, Collector of Internal Revenue for Tenth District of Ohio, Deceased.**

No. 6403.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1933.

Williams, Eversman & Morgan, of Toledo, Ohio, for appellants.

Herman A. Krueger, Asst. U. S. Atty., of Toledo, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

---

**James McGREGOR v. Fred G. ZERBST, Warden.**

No. 801.

Circuit Court of Appeals, Tenth Circuit.

Jan. 30, 1933.

James McGregor, pro se.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.